

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JIMINEZ, | ) NO. CV 05-7441-RSWL (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| RICHARD KIRKLAND, WARDEN, | ) CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections had passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted in part and denied in part, as recommended in the Report; (2) the Petition is deemed to be amended to delete the unexhausted portions of

1  Grounds Two, Four, and Six, as identified in the Report; (3) within 75
2  days of this Order, Respondent shall file and serve an Answer to the
3  Petition and shall lodge the appropriate portions of the state record
4  pursuant to the Magistrate Judge's Order Requiring Response filed on
5  August 31, 2007; and Petitioner may file and serve a reply within 75
6  days of his receipt of the Answer.

  IT IS FURTHER ORDERED that the Clerk serve copies of this Order on
Petitioner and counsel for Respondent.

DATED:  13 AUG 2008

                              RONALD S.W. LEW
                              RONALD S.W. LEW
                              SENIOR UNITED STATES DISTRICT JUDGE